**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JAIME MATA** | § | |
| | § | |
| **Plaintiff, and all others similarly** | § | |
| **situated under 29 U.S.C. 216(B),** | § | **Case No. 3:10-CV-02072-B** |
| | § | |
| **v.** | § | |
| | § | |
| **STEPHEN BORIA d/b/a IMPERIAL** | § | |
| **RENOVATIONS, CO. d/b/a THE** | § | |
| **HANDYMAN, CO.** | § | |
| | § | |
| **Defendants.** | | |

## JOINT STATUS REPORT REGARDING BANKRUPTCY

**COME NOW** the Parties and state as follows:

1. Pursuant to the Court's Status Report Order (D.E. 40), undersigned counsel for Plaintiff and undersigned Pro Se, Mr. Boria. file this joint report.

2. The Chapter 13 Bankruptcy Case regarding STEPHEN K. BORIA d/b/a IMPERIAL RENOVATION, d/b/a THE HANDYMAN COMPANY continues to remain pending.

3. Defendant is Pro Se in this proceeding but is represented by Counsel in the Bankruptcy Case.  That counsel, C. Bryan Fears, Fears & Nachawati Law Firm, 4925 Greenville Ave., Suite 715, Dallas, Texas &5206 has not appeared in this matter.

4. Counsel for Plaintiff cannot make contact directly with Defendant but has conferred with the office of bankruptcy counsel regarding the filing of this report, and Mr. Boria has agreed to sign this report.

**JOINT STATUS REPORT REGARDING BANKRUPTCY   PAGE 1**

5. The Parties agree this matter should be administratively closed due to the bankruptcy filing.

6. However, Plaintiff asks the Court to have the Clerk mark this matter administratively closed with the caveat that Plaintiff may seek to re-open this matter should a legal basis to do so arise in the future.


Respectfully submitted,

by:   /s/ Robert L. Manteuffel_____
Robert L. Manteuffel
Texas Bar No. 12957529
Z.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

and

/s/ Stephen Boria
Stephen Boria
Imperial Renovations
6844 Dogwood Lane
North Richland Hills, TX 76180
PRO SE


**JOINT STATUS REPORT REGARDING BANKRUPTCY   PAGE 2**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division, and in addition via U.S. First Class Mail, on this 12th day of January, 2012, upon:

Stephen Boria
Imperial Renovations
6844 Dogwood Lane
North Richland Hills, TX 76180
PRO SE

C. Bryan Fears
Fears & Nachawati Law Firm
4925 Greenville Ave., Suite 715
Dallas, Texas &5206

<u>/s/ Robert L. Manteuffel</u>
Robert L. Manteuffel
Counsel for the Plaintiff(s)

<u>**JOINT STATUS REPORT REGARDING BANKRUPTCY**</u>   **PAGE 3**